# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| COREY ALAN BENNETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:17-cv-01416 |
| ) | Judge Trauger |
| MONICA GRETTA, ET AL., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

On April 25, 2018, the magistrate judge issued a Report and Recommendation (DE #49), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's motion to voluntarily dismiss this case with prejudice is GRANTED. All pending motions are hereby DENIED as moot.

It is so **ORDERED**.

ENTER this 23rd day of May 2018.

_____
ALETA A. TRAUGER
U.S. District Judge